**Appeal Dismissed and Memorandum Opinion filed August 13, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00410-CR
## NO. 14-20-00411-CR

### DERRICK GLEN BLACKSHIRE, II, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause Nos. 18-CCR-205651 and 18-CCR-205655**

## MEMORANDUM OPINION

Appellant was charged with unlawful carrying of a weapon (trial court cause number 18-CCR-205651, appeal number 14-20-00410-CR) and possession of a controlled substance, specifically codeine, in an amount of less than twenty-eight grams (trial court cause number 18-CCR-205655; appeal number 14-20-00411-CR). Appellant appeals the trial court's May 29, 2020 denial of his motions to suppress in the two underlying cases, as well as another case on appeal

in this court case (trial court cause number 18-CCR-205657; appeal number 14-20-00409-CR).

The record in each case reflects we lack jurisdiction over these two appeals because the trial-court cases (trial court cause number 18-CCR-205651, appeal number 14-20-00410-CR; trial court cause number 18-CCR-205655; appeal number 14-20-00411-CR) were dismissed with leave to refile on February 20, 2020 after appellant pleaded guilty in the other underlying case (trial court cause number 18-CCR-205657; appeal number 14-20-00409-CR). Generally, we have jurisdiction to consider an appeal by a criminal defendant only where there has been a final judgment of conviction. *Bridle v. State*, 16 S.W.3d 906, 907 (Tex. App.—Fort Worth 2000, no pet.) (per curiam); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam).

On July 17, 2020, this court notified the parties that the appeals would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

We dismiss the appeals.


PER CURIAM


Panel consists of Justices Spain, Hassan, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).